# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | Case No. 23-sw-159 |
| *or identify the person by name and address)* | ) | |
| ONE U.S. POSTAL PARCEL LOCATED AT | ) | Filed Under Seal |
| THE WASHINGTON, D.C. PROCESSING AND | ) | |
| DISTRIBUTION CENTER, WASHINGTON, D.C. | ) | |
| UNDER RULE 41 | | |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, hereby incorporated by reference.

located in the _____Jurisdiction of the_____ District of _____Columbia_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, hereby incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to violations of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with the Intent to Distribute Controlled Dangerous Substances, |
| 21 U.S.C. § 843(b) | Transportation of Controlled Dangerous Substances via the Unites States Mail, |
| 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Dangerous Substances |

The application is based on these facts:

See attached Affidavit in support of Search Warrant, which is incorporated herein by reference.

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Andrey Taveira Da Silva, U.S. Postal Inspector
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____telephone_____ *(specify reliable electronic means).*

Date:   _____05/25/2023_____

_____
*Judge's signature*

City and state:  _____Washington, D.C._____

Robin M. Meriweather, United States Magistrate Judge
_____
*Printed name and title*

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

❏ Original          ❏ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>ONE U.S. POSTAL PARCEL LOCATED AT<br>THE WASHINGTON, D.C. PROCESSING AND<br>DISTRIBUTION CENTER, WASHINGTON, D.C.<br>UNDER RULE 41 | )<br>)<br>)<br>)  Case No.  23-sw-159<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Jurisdiction of the_____ District of _____Columbia_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, hereby incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, hereby incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____June 8, 2023_____ *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.     ❏ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Robin M. Meriweather_____ .
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

❏ for _____ days *(not to exceed 30)*     ❏ until, the facts justifying, the later specific date of _____ .

Date and time issued:      ____05/25/2023_____

_____
*Judge's signature*

City and state:      ____Washington, D.C._____

____Robin M. Meriweather, United States Magistrate Judge____
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>  23-sw-159 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A
*Property to be searched*

The item to be searched is specifically identified as the following parcel:

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 1. | (P) 9405 5361 0426 2740 2360 47 | KATIE LEEMASTER 2420 14TH ST NW APT 320 WASHINGTON DC 20009 | JULIAN COLES 324 CLEVELAND STREET DANVILLE MD 24541 |

The parcel is currently located at the Washington DC Processing and Distribution Center, in Washington, DC 20066.

12

**ATTACHMENT B:**

**DESCRIPTION OF ITEMS TO BE SEIZED**

All records and information that constitute fruits, evidence, and instrumentalities of violations of 21 U.S.C. §§ 841 and 846, and 21 U.S.C. § 843(b), including but not limited to:

a. Narcotics or other controlled substances;

b. Narcotics trafficking paraphernalia;

c. United States currency or other financial instruments;

d. Records related to narcotics suppliers, customers, and co-conspirators, and related identifying information;

e. Types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

f. Any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information); and

g. Indicia of possession, custody, or control, including any information related to the use of false or fraudulent identities

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF:** | |
| **ONE U.S. POSTAL PARCEL LOCATED AT THE WASHINGTON, D.C. PROCESSING AND DISTRIBUTION CENTER, WASHINGTON, D.C. UNDER RULE 41** | **SW No. 23-sw-159** **UNDER SEAL** |

**AFFIDAVIT IN SUPPORT OF APPLICATION
FOR A SEARCH WARRANT FOR U.S. POSTAL PARCEL**

Your Affiant, Andrey Taveira Da Silva, United States Postal Inspector, Washington D.C., being duly sworn, hereby deposes and states as follows:

**I.      Subject Parcel**

1.      This is an Affidavit submitted in support of an application for a search warrant for one (1) subject U.S. Mail Parcel, hereinafter "Subject Parcel." This Subject Parcel is currently located at the Washington D.C. Processing and Distribution Center in Washington, D.C. 20066. Based on the facts set forth below, I submit there is probable cause to believe that the Subject Parcel contains evidence of violations of Title 21, United States Code, Sections 841(a)(1) and 846 (Distribution and/or Possession with Intent to Distribute a Controlled Substance, and Conspiracy thereof), and 843(b) (Distribution and/or Possession with Intent to Distribute a Controlled Substance by mail).  This Subject Parcel is specifically identified as follows:

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 1. | (P) 9405 5361 0426 2740 2360 47 | KATIE LEEMASTER 2420 14TH ST NW APT 320 WASHINGTON DC 20009 | JULIAN COLES 324 CLEVELAND STREET DANVILLE MD 24541 |

1

2.      The facts set forth in this Affidavit are based on my personal knowledge as well as that of other law enforcement officers involved in this investigation.  All observations that were not made personally by me were relayed to me by persons with personal knowledge.  This Affidavit contains only that information which is necessary to establish probable cause to support the requested search warrant.  It is not intended to include each, and every fact observed by or made known to law enforcement.

## II.     Affiant's Training and Experience

3.      I, Andrey Taveira Da Silva, have been a United States Postal Inspector since February 2015 and have completed 12 weeks of basic investigative training in Potomac, Maryland, which included various aspects of federal law enforcement including the investigation of narcotics-related offenses.  As part of my duties as a United States Postal Inspector, I investigate the use of the U.S. Mails and private parcel carriers, to illegally transport controlled substances and drug trafficking instrumentalities, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.  I have participated in numerous interdictions, control deliveries, seizures, and search warrants, which resulted in criminal arrest and prosecution.  I am assigned to the Washington, DC and Maryland Contraband Interdiction and Investigations ("CI2") Team.  This team investigates cases in which mail and private parcel carriers are used to transport controlled substances.  As a result, I am familiar with the use, effects, distribution techniques, appearance, and methods of manufacture of controlled substances.  I am also aware that Priority Mail Express and Priority Mail services are regularly used by narcotic traffickers to ship controlled substances and bulk cash through the U.S. Mail.  Additionally, I am familiar with the functioning and structure of narcotics markets operating on internet based Darknets ("Darknet markets") including the operations of Darknet market administrators ("admins"), the sellers on such markets ("vendors"),

2

and the purchasers on such markets ("buyers").

4.      Based upon my training and experience in the field of narcotic interdiction through the mail, I know that there are suspicious characteristics common to many packages that contain narcotics, controlled substances or the proceeds thereof (*i.e.* U.S. currency).  These factors, more fully detailed below, are used to identify packages requiring further investigation.  In the case of this search warrant, several of these factors were identified for the Subject Parcel, which law enforcement was alerted to based on a drug detection canine's "alert."  The most common factors or suspicious characteristics routinely observed in the course of screening packages are as follows:

a.      *Contrasts observed between legitimate business parcels and drug parcels*: As an alternative to First Class Mail (which does not provide a customer with the capability to track the progress of a parcel through the system), the U.S. Postal Service offers Priority Mail Express and Priority Mail.  Priority Mail Express is guaranteed (money back) to be delivered on a set date and time, usually overnight.  (That deadline is determined at the time of mailing.)  The customer receives a receipt with this guaranteed information, and the sender can opt for a signature requirement at the other end or not.  Customers can track the parcel online by its distinct Priority Mail Express tracking number.  The weight of the package and the distance traveled are the two main factors in setting the price.  Priority Mail Express costs more than Priority Mail.  Priority Mail has a delivery service standard of 1-3 business days, but delivery within that time period is not guaranteed.  Priority Mail is a less expensive alternative to Priority Mail Express, but still provides the ability to track a parcel.  Legitimate businesses using Priority Mail Express typically have a business or corporate account visible on the mailing label, which covers the cost of the mailing.  In contrast, the drug distributor will pay for the cost of mailing the package at the counter by using cash or a credit card.  Business Priority Mail Express parcels typically weigh no more

than 8 ounces, and business Priority Mail parcels typically weigh no more than 2 pounds.   Drug packages typically exceed these weights.   Address labels on business parcels are typically typed, whereas those on drug packages are typically handwritten.   In your Affiant's experience, it is fairly easy to separate out smaller parcels, which constitute 70% to 80% of all Priority Mail Express and Priority Mail parcels, from other, heavier parcels.   Typically, drug traffickers use Priority Mail Express, and will opt out of the requirement of obtaining a signature upon delivery.

   b.   *Invalid Sender/Return Address*:   When drugs are shipped through the mail, the senders generally do not want them back.   To distance themselves from parcels containing drugs, often the return addresses and the names of senders are fictitious or false.   A fictitious or false address can contain anything from an incorrect zip code, to a non-existent house number or street.   The name of the sender is also typically invalid in one of several ways.   Your Affiant has seen packages sent by persons with the names of celebrities, cartoon characters, or fictional names. More often, a search of a law enforcement database reflects that there is no association between the name of the sender and the address provided.

   c.   *Invalid Recipient/Address*:   It would be counter-productive to put the wrong receiving address on a package, but often the named recipient is not actually associated with the receiving address.   This allows the person receiving the package to claim that they did not know about its contents.   Sometimes drug packages are addressed to vacant properties with the expectation that the postal carrier will just leave it at the address.   The intended recipient will then retrieve it from that location and hope to remain anonymous.

   d.   *Location of Sender*:   The fact that a package was sent from narcotics source states such as Arizona, California, Texas, Nevada, Washington, Colorado, Puerto Rico and Florida

4

(among others, including countries such as China, Netherlands, and various African nations) can also indicate that the parcel contains controlled substances.

e.     *Smell*:  The odor of cocaine, marijuana, and methamphetamine are distinct, and through experience postal inspectors are familiar with these odors.  On occasion, a parcel will emit an odor that is easily recognized without the assistance of a canine.  Other smells that suggest that a parcel may contain narcotics include the aroma of masking agents.  Common masking agents used in an attempt to thwart detection by law enforcement and canines typically include dryer sheets, coffee, mustard, and any other substance that releases a strong smell.

f.     *Heavy Taping*:  Heavily taped parcels are another factor that will suggest a drug parcel because narcotics parcels are heavily taped in an effort to keep the smell inside and to forestall easy checking on the interior contents by lifting up a flap.  For this reason, your Affiant has also observed excessive glue on the flaps of narcotics parcels as well.

g.     *Click-N-Ship*: The U.S. Postal Service created Click-N-Ship as a service for frequent mailers and businesses who prefer printing address labels and purchasing postage from their residence or business.  Drug traffickers create Click-N-Ship accounts as a means of giving a legitimate appearance to their drug mailings.  They create the accounts using fictitious account information and often provide pre-paid credit cards as a means of payment, which are difficult to track. Drug traffickers often use legitimate business return addresses in states other than California and Arizona as a means to deter detection, as these other states are not usually considered "source" states for controlled substances.  The postage labels are printed/typed, unlike the typical drug related mailing labels which are handwritten.

5.     It is your Affiant's experience that when these factors are observed, a drug detection canine will likely "alert" next to the parcel, indicating that the dog has detected the odor of

narcotics.  As a result, these factors become a reliable way to profile the parcels being shipped every day.

### III.   Technical Background

6.   A dark net market ("DM") is a hidden commercial website that operates on a portion of the Internet that is often referred to as the TOR network, dark web, or dark net.  A DM operates as a black market, selling or brokering transactions involving legal products as well as drugs, weapons, counterfeit currency, stolen credit card details, forged documents, unlicensed pharmaceuticals, steroids, and other illicit goods.

7.   Digital or virtual currency (also known as crypto-currency) is generally defined as an electronic-sourced unit of value that can be used as a substitute for legal tender (i.e. currency created and regulated by a government).  Digital currency exists entirely on the Internet and is not stored in any physical form.  Digital currency is not issued by any government, bank, or company and is instead generated and controlled through computer software operating on a decentralized peer-to-peer network.  Digital currency is not illegal in the United States and may be used for legitimate financial transactions, however, it is often used for conducting illegal transactions.  DMs often only accept payment through digital currencies.

### IV.   Probable Cause

8.   Since March of 2023, the FBI and the U.S. Postal Inspection Service (USPIS) have been investigating a Darknet market vendor account operating out of the Danville, Virginia area. It was determined that this Darknet market vendor was using the same return address of an apartment building, 324 CLEVELAND STREET, DANVILLE MD 24541, on all their mailings. This practice of using an incomplete address for locations such as apartment buildings is a known tactic used by Darknet market vendors to conceal their identity.

9.      On or about April 28, 2023, your Affiant identified via USPS business records that the Subject Parcel was mailed inbound to 2420 14TH ST NW APT 320, WASHINGTON DC 20009, from Danville, VA. Additionally, after conducting searches in law enforcement and commercial databases, it was identified that the listed sender address was incomplete, and that the listed sender name was no longer associated with the listed sender address.  Through my knowledge, training and experience, similar names and addresses are sometimes used to disguise the true identity of the sender and/or recipient in an attempt to deny culpability of a crime.  In addition to this, the postage used to pay for the shipment of this parcel was done using cryptocurrency, which is a tactic commonly used by Darknet market vendors to conceal the manner in which they obtain funds to pay for their multiple mailings. Through training and experience, your Affiant knows that all of these factors are consistent with parcels that contain narcotics which are shipped through the U.S. Mail.

10.      On the morning of May 1, 2023, the Subject Parcel was removed from the mail stream.  The following factors or suspicious characteristics are present in the Subject Parcel:

| Subject Parcel Express or Priority | From Dark Web Source State: | Weight: | Label: | Senders name associated with address? Yes / No | Recipients name associated with address? Yes / No | Postage Payment: |
|---|---|---|---|---|---|---|
| Priority | Yes – VA | 15 oz. | Printed | No | Yes | Cryptocurrency |

As mentioned before, it was found that the Subject Parcel was labeled with a sender address of an apartment building, without the apartment number included.  In conjunction with this, the Subject Parcel's sender address of 324 CLEVELAND STREET, DANVILLE MD 24541, was that same

sender address used buy the Danville, VA Dark Web vendor for all their mailings.  In addition to this, the Subject Parcel's low weight is typical for that of the mailings sent by a Dark Web vendor to their customers.  It was also found that the Subject Parcel's postage was printed out and paid with cryptocurrency, which is also a typical concealment method used by a Dark Web vendors and used by the Danville, VA Dark Web vendor for every mailing they send.

11.     On the morning of May 12, 2023, the Affiant and SA Brian Cramer, FBI, attempted to contact the listed parcel recipient, Katie LEEMASTER, at her residence 2420 14TH ST NW APT 320, WASHINGTON DC 20009 and at her place of employment, West End Plastic Surgery, 2440 M ST NW #200, WASHINGTON, DC 20037, where she practices as a licensed general surgery physician assistant.  Having met with negative results, your Affiant and SA Brian Cramer made contact LEEMASTER on her listed cell phone, 215-720-9228, at approximately 10:38 AM.  LEEMASTER informed the Affiant and SA Brian Cramer that she was about to go into the operating room and would have to call them back.   SA Cramer advised LEEMASTER that it was believed that the parcel addressed to her at her listed residence contained narcotics and the agents wanted to speak to her regarding how she obtained the narcotics on the Dark web to gain further information for their case.  During this phone call conversation, which lasted approximately seven minutes, your Affiant and SA Brian Cramer could clearly hear the sounds of a heart rate monitor operating in the background of LEEMASTEER's location.  SA Cramer followed up the phone call conversation with an email from his official FBI email address and the following exchange of messages occurred:

From: Cramer, Brian Richard (WF) (FBI)
Sent: Friday, May 12, 2023 10:42:19 AM
To: leemaster.katie@yahoo.com <leemaster.katie@yahoo.com>
Subject: Package

Reference our phone call.

Brian Cramer
Special Agent, FBI
Washington Field Office, CR-23

---

On May 12, 2023, at 12:09 PM, Brian Cramer <brcramer@fbi.gov> wrote:

Katie,

Please provide me with some dates you're available next week to talk.

The FBI building is located at 601 4th St NW.

Thanks.


Brian Cramer
Special Agent, FBI
Washington Field Office, CR-23
From: Katie Leemaster <leemaster.katie@yahoo.com>
Sent: Friday, May 12, 2023 2:28:14 PM
To: Cramer, Brian Richard (WF) (FBI)
Subject: [EXTERNAL EMAIL] - Re: Package


Apologies for the delay, I was in another surgery and currently in between cases able to respond.

I am happy to meet with you. Would later next week work for your schedule, Thursday or Friday?

Sent from my iPhone

---

On May 12, 2023, at 4:18 PM, Brian Cramer wrote:

No problem, thank you for responding.

Next Thursday at 9 am, will that work?

The office is 601 4th St NW. Come to the front entrance and you'll have to go through security and I will meet you in the lobby.

Have a great weekend.


Brian Cramer
Special Agent, FBI
Washington Field Office, CR-23

---

From: Katie Leemaster <leemaster.katie@yahoo.com>
Sent: Friday, May 12, 2023 8:19:39 PM
To: Cramer, Brian Richard (WF) (FBI)
Subject: Re: [EXTERNAL EMAIL] - Re: Package


Good evening,

I am writing to let you know that I am in the process of getting a lawyer to help address what's been raised.

I believe the lawyer will be in contact with you early next week. Thank you for your time and cooperation!

Sent from my iPhone

---

12.    On May 15, 2023, your Affiant identified via USPS business records that a Tom POLLARD called from his listed cell phone, 505-570-1412, attempting to locate the Subject Parcel.  USPS business records and audio recordings of the customer service call revealed that POLLARD provided the Subject Parcel's identifiers and wanted to know of its whereabouts, so

that he could pick it up immediately as it was past its delivery date.  It was determined thru USPS business records and law enforcement databases that POLLARD resides with LEEMASTER, at her residence, 2420 14TH ST NW APT 320, WASHINGTON DC 20009 and that he is a practicing Orthopedic Surgeon at The George Washington University Hospital.

13.     Your Affiant submits that based upon the above indicators reflected in the Subject Parcel described herein and based upon my training and experience, the Affiant believes there is probable cause that the above-described Subject Parcel contains narcotics, controlled substances, the proceeds thereof, or the other items listed in Attachment B.

## VI.   Conclusion

14.     Based on the forgoing, I request that the Court issue the proposed search warrant.

Respectfully submitted,

Andrey Oliveira Da Silva
U.S. Postal Inspector
U.S. Postal Inspection Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on May 25, 2023.

_____
HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

11