AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>ONE U.S. POSTAL PARCEL LOCATED AT THE WASHINGTON, D.C. PROCESSING AND DISTRIBUTION CENTER, WASHINGTON, D.C. UNDER RULE 41 | )<br>)<br>)  Case No. 23-sw-159<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the   Jurisdiction of the   District of   Columbia
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, hereby incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, hereby incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before   June 8, 2023   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Robin M. Meriweather  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 05/25/2023

Judge's signature: 2023.05.25 12:50:42 -04'00'

City and state: Washington, D.C.     Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: <br> 23-sw-159 | Date and time warrant executed: <br> 05/25/23 at 1:08 PM | Copy of warrant and inventory left with: <br> US Postal Inspection Service, Washington, DC |

Inventory made in the presence of :
US Postal Inspector Ian Branigan

Inventory of the property taken and name(s) of any person(s) seized:

See Attachment B

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/25/2023

*Executing officer's signature*

Andrey Taveira Da Silva, US Postal inspector
*Printed name and title*

Search Warrant Return: 1:23-sw-159
US Postal Inspector: Andrey Taveira Da Silva

Page **1** of **1**

## ATTACHMENT B

| Subject Parcels | Tracking ID number | Property Seized: |
|---|---|---|
| 1. | (P) 9405 5361 0426 2740 2360 47 | Approximately 15 grams of white powder which field tested positive for Ketamine. |